**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7537**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES DONALD WATSON,

Defendant - Appellant.

———————

**No. 00-6146**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES DONALD WATSON,

Defendant - Appellant.

———————

Appeals from the United States District Court for the Middle District of North Carolina, at Winston-Salem. William L. Osteen, District Judge. (CR-94-139, CA-97-835-1)

———————

Submitted: March 31, 2000          Decided: July 19, 2000

———————

Before WILKINS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

No. 99-7537 dismissed and No. 00-6146 affirmed by unpublished per curiam opinion.

---

James Donald Watson, Appellant Pro Se.  Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 99-7537, James Donald Watson seeks to appeal the district court's orders denying his motion filed under U.S.C.A. § 2255 (West Supp. 2000) and his motion for a certificate of appealability.

The district court's order denying Watson's § 2255 motion was entered on the docket on June 16, 1998, and we construe his July 2, 1998 motion for a certificate of appealability as a timely notice of appeal from that order. See Smith v. Barry, 502 U.S. 244, 248 (1992). Nonetheless, we conclude that the district court properly denied Watson's § 2255 motion based upon the report and recommendation of the magistrate judge. Because Watson fails to make a substantial showing of the denial of a constitutional right as to his various claims of trial error and ineffective assistance of counsel, we deny a certificate of appealability and dismiss the appeal as to the court's denial of § 2255 relief. We further dismiss Watson's appeal from the district court's order denying a certificate of appealability for the same reason.

In No. 00-6146, Watson appeals the court's order denying his request for a hearing on his motions for an in camera inspection of documents and for the court to order the disclosure of certain documents. We affirm the court's order denying Watson a hearing on the reasoning of the court. See United States v. Watson, Nos. CR-94-139; CA-97-835-1 (M.D.N.C. Jan. 3, 2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 99-7537 - <u>DISMISSED</u>

No. 00-6146 - <u>AFFIRMED</u>

4